IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

BRET JOHNSON,
    PLAINTIFF,


V.                              CIVIL ACTION NO. 06-764


OFFICER H. GRAVES (BADGE #383);
SGT B. FRANKLAND (BADGE #770) &
OFFICER J. MILLO (#367),
    DEFENDANTS.

## PLAINTIFF, BRET JOHNSON'S, MOTION TO EXTEND TIME TO RESPOND TO OFFICERS GRAVES AND FRANKLAND'S MOTION FOR SUMMARY JUDGMENT

    Plaintiff, Bret Johnson, files this his motion to extend time in which to respond to the motion for summary judgment. Plaintiff would show unto the Court as follows, to-wit:

    1. Plaintiff's response to the motion for summary judgment is due. Plaintiff's counsel, with all due respect, requests leave of the Court to file Plaintiff's response on today, February 27, 2008. The reason for this request is that Plaintiff's counsel (1) did not know of Defendants Officer Graves and Frankland's motion for summary judgment and (2) thought that Defendants had filed only summary judgment motion, being that of Defendant Officer J. Millo. In that regard, on February 11, 2008,

Plaintiff filed a Voluntary Stipulation of Dismissal as to Officer J. Millo (doc. entry 22).

### Consultation with Opposing Counsel

2. Consultation with opposing counsel occurred on today's date, February 27, 2008; opposing counsel opposes this motion.

It is prayed that this motion be granted in all parts.

DATE:  February 27, 2008.

                Respectfully submitted,

                /S/ ANTHONY P. GRIFFIN
                _____

                ANTHONY P. GRIFFIN
                ATTORNEY-IN-CHARGE

```
                              A GRIFFIN LAWYERS
                              1115 MOODY
                              GALVESTON, TEXAS  77550
                              409.763.0386
                              1.800.750.5034
                              FACSIMILE NO. 409.763.4102

                              STATE BAR NO. 08455300 (TEXAS)
                              FEDERAL I.D. NO. 4736

                              ATTORNEYS FOR PLAINTIFF
                              BRET JOHNSON
```

c:word:bright.trevor.motion.extend.time.msj.2006.2856

CERTIFICATE OF SERVICE

This is to certify that on this the 27th day of February, 2008, a true and correct copy of the foregoing Plaintiff's Motion to Extend Time to Respond to Defendants Officers Graves and Frankland's Motion for Summary Judgment was forwarded to opposing counsel consistent with the Court's rules with regard to electronic filing, to-wit:

> WILLIAM S. HELFAND
> NORMAN R. GILES
> CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & WHITE
> 1200 SMITH STREET, SUITE 1400
> HOUSTON, TEXAS  77002

/s/ ANTHONY P. GRIFFIN
_____

ANTHONY P. GRIFFIN